1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LEX VEST LTD, a Nevada limited liability company; | Case no. 2:22-cv-01226-ART-BNW |
| Plaintiff, | ORDER APPROVING |
| v. | |
| EMANATION COMMUNICATIONS GROUP LC, a Utah limited liability company; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO LEX TECNICA'S  MOTION TO DISMISS [ECF NO. 48]** |
| Defendants. | **(First Request)** |
| Emanation Communications Group LC, a Utah limited liability, | |
| Counterclaim Plaintiff, | |
| v. | |
| Lex Vest Ltd,  a Nevada limited liability company, | |

|   |   |
|---|---|
| Counterclaim Defendant <br><br>———————————— <br><br>Emanation Communications Group LC, a Utah limited liability, <br><br>    Third-Party Plaintiff, <br><br>    v. <br><br>Lex Tecnica LTD, a Nevada limited liability company, Sam Castor, a manager of Lex Tecnica and Nevada resident, Adam Knecht, a manager of Lex Tecnica and Nevada resident, Nathan Morris, a manager of Lex Tecnica and Utah resident, and Braden John Karony, an individual and resident of Utah, <br><br>    Third-Party Defendants. |   |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule IA 6-1, Lex Tecnica ("Third-Party Defendant"), and Third-Party Plaintiff Emanation Communications Group LC ("Third-Party Plaintiff") hereby stipulate to an extension of time in which Third-Party Plaintiff has until Friday, November 25, 2022 to file its response to Third-Party Defendant's Motion to Dismiss Counterclaims [ECF No. 48] filed herein on November 18, 2022.  The deadline for Third-Party Defendant to file and serve any reply in support of the motion is seven days after service of the response.

This is the first request to extend this deadline. The extension request is being made to due to counsel for Defendant's conflict with briefing in another matter and with other prior commitments.

| DATED: November 21, 2022. | DATED: November 21, 2022. |
|---|---|
| DUREN IP, PC | LEXTECNICA |
| By: __/s/ Todd E. Zenger__<br>Todd E. Zenger (*Pro Hac Vice*)<br>Utah Bar No. 5238<br><br>-and-<br><br>Jeffrey J. Whitehead, NV Bar No. 3183<br>Whitehead & Burnett<br><br>*Attorneys for Defendant*<br>*Emanation Communications Group LC* | By: __/s/ Adam Knecht__<br>Adam Knecht, Nevada Bar No. 13166<br><br>*Attorneys for Third-Party Defendant Lex Tecnica Ltd* |

IT IS SO ORDERED.

Dated: November 23, 2022.

_____
Anne R. Traum
United States District Judge