1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEX VEST LTD, a Nevada limited liability company;<br><br>    Plaintiff,<br><br>    v.<br><br>EMANATION COMMUNICATIONS GROUP LC, a Utah limited liability company; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive,<br><br>    Defendants. | Case no. 2:22-cv-01226-ART-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO INTERVENOR BRADEN KARONY'S MOTION TO DISMISS [ECF NO. 51]**<br><br>(First Request) |
| Emanation Communications Group LC, a Utah limited liability,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>Lex Vest Ltd, a Nevada limited liability company, | |

| | |
|---|---|
| Counterclaim Defendant<br><br>―――――――――<br><br>Emanation Communications Group LC, a Utah limited liability,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>Lex Tecnica LTD, a Nevada limited liability company, Sam Castor, a manager of Lex Tecnica and Nevada resident, Adam Knecht, a manager of Lex Tecnica and Nevada resident, Nathan Morris, a manager of Lex Tecnica and Utah resident, and Braden John Karony, an individual and resident of Utah,<br><br>    Third-Party Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule IA 6-1, Intervenor Braden John Karony ("Intervenor"), and Defendant-Third Party Claimant Emanation Communications Group LC ("Defendant") hereby stipulate to an extension of time in which Defendant-Third Party Claimant has until Monday December 5, 2022 to file its response to Intervenor's Motion to Dismiss Third-Party Claims [ECF No. 51] filed herein on November 15, 2022.

This is the first request to extend this deadline. The extension request is being made to due to counsel for Defendant's absence from the office for family matters beyond the Thanksgiving holidays.

| | |
|---|---|
| DATED: November 21, 2022. | DATED: November 21, 2022. |
| DUREN IP, PC | PARSONS BEHLE & LATIMER |
| By: /s/ Todd E. Zenger<br>Todd E. Zenger (*Pro Hac Vice*)<br>Utah Bar No. 5238 | By: /s/ Ashley C. Nikkel<br>Michael R. Kealy, Nevada Bar No. 0971<br>Ashley C. Nikkel, Nevada Bar No. 12838 |
| -and- | *Attorneys for Intervenors*<br>*Braden John Karony, Ronin Energy* |
| Jeffrey J. Whitehead, NV Bar No. 3183<br>Whitehead & Burnett | *Group, LC, and Ronin Real Estate*<br>*Holdings, LC* |
| *Attorneys for Defendant*<br>*Emanation Communications Group LC* | |

IT IS SO ORDERED.

Dated: November 23, 2022.

_____
Anne R. Traum
United States District Judge