IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEX VEST LTD, a Nevada limited liability company;<br><br>    Plaintiff,<br><br>    v.<br><br>EMANATION COMMUNICATIONS GROUP LC, a Utah limited liability company; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive,<br><br>    Defendants.<br><br>Emanation Communications Group LC, a Utah limited liability,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>Lex Vest Ltd, a Nevada limited liability company, | Case no. 2:22-cv-01226-ART-BNW<br><br>ORDER APPROVING<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS [ECF NO. 47]**<br><br>**(Second Request)** |

|  |  |
|---|---|
| Counterclaim Defendant ———————— Emanation Communications Group LC, a Utah limited liability,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>Lex Tecnica LTD, a Nevada limited liability company, Sam Castor, a manager of Lex Tecnica and Nevada resident, Adam Knecht, a manager of Lex Tecnica and Nevada resident, Nathan Morris, a manager of Lex Tecnica and Utah resident, and Braden John Karony, an individual and resident of Utah,<br><br>    Third-Party Defendants. |  |

      Pursuant to Fed. R. Civ. P. 6(b) and Local Rule IA 6-1, Plaintiff Lex Vest ("Plaintiff"), and Defendant-Counterclaim Claimant Emanation Communications Group LC ("Defendant") hereby stipulate to an extension of time in which Defendant-Counterclaim Claimant has until Tuesday, November 29, 2022 to file its response to Plaintiff's Motion to Dismiss Counterclaims [ECF No. 47] filed herein on November 8, 2022. The deadline for Plaintiff to file and serve any reply in support of the motion is seven days after service of the response.

      This is the second request to extend this deadline. The extension request is being made to due to family matters out of state and other prior commitments.

| DATED: November 28, 2022. | DATED: November 28, 2022. |
|---|---|
| DUREN IP, PC | LEXTECNICA |
| By:    /s/ Todd E. Zenger<br>   Todd E. Zenger (*Pro Hac Vice*)<br>   Utah Bar No. 5238 | By:   /s/ Adam Knecht<br>Adam Knecht, Nevada Bar No. 13166 |
| -and- | *Attorneys for Plaintiff* |
| Jeffrey J. Whitehead, NV Bar No. 3183<br>Whitehead & Burnett | |
| *Attorneys for Defendant*<br>*Emanation Communications Group LC* | |

IT IS SO ORDERED.

Dated: November 29, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE