1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

7    LEX VEST LTD, a Nevada limited liability         Case No.:  2:22-cv-01226-ART-BNW
     company;

8
              Plaintiff,
9    vs.                                              **ORDER APPROVING**

10   EMANATIONS COMMUNICATIONS               **STIPULATION FOR EXTENSION**
     GROUP LC, a Utah limited liability      **OF TIME TO RESPOND TO**
11   company; DOES 1 through 50; and ROE     **EMANATIONS**
     ENTITIES 51 through 100, inclusive,     **COMMUNICATIONS GROUP**
12                                           **LC'S COMBINED OPPOSITION**
              Defendants.                    **MEMORANDUM [ECF NO. 69] &**
13   _____        **[ECF NO. 70]**

14   EMANATION COMMUNICATIONS               **(First Request)**
     GROUP LC, a Utah limited liability company
15
              Counterclaim Plaintiff,
16   vs.

17   LEX VEST LTD, a Nevada limited liability
     company,
18
              Counterclaim Defendant.
19   _____

20   EMANATION COMMUNICATIONS
     GROUP LC, a Utah limited liability company
21
              Third Party Plaintiff,
22   vs.

23   LEX TECNICA LTD, a Nevada limited
     liability company; SAM CASTOR, a manager
24   of LEX TECNICA LTD; ADAM KNECHT,
     a manager of LEX TECNICA LTD, Nathan

25                                    1

26

**LEX TECNICA LTD**
10161 PARK RUN DRIVE, SUITE 150
LAS VEGAS, NV 89145
(702) 518-5535

1  Morris, a manager of LEX TECNICA, LTD;
2  and BRADEN JOHN KARONY, an
   individual and Utah resident,
3
          Third Party Defendants.

4

5

6

7

8
          Pursuant to Fed. R. Civ. P. 6(b) and Local Rule IA 6-1, Plaintiff/Counterclaim Defendant
9
   Lex Vest LTD ("Plaintiff"), Third-Party Defendant Lex Tecnica LTD ("Third Party Defendant"),
10
   Third Party individuals, Sam Castor, Adam Knecht, and Nathan Morris ("Third Party Defendant
11
   Individuals"), and Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Emanation
12
   Communications Group LC ("Third Party Plaintiff") hereby stipulate to an extension of time in
13
   which Plaintiff, Third Party Defendant, and Third Party Defendant Individuals have until
14
   Monday, December 12, 2022, to file their replies to Third Party Plaintiff's Combined Opposition
15
   Memorandum of Emanation Communications Group, LC To Lex Vest's Motion To Dismiss
16
   [ECF No. 47], Lex Tecnica's Motion To Dismiss [ECF No. 48] And The Motion To Dismiss Of
17
   Castor, Knecht And Morris [ECF No. 49], filed herein on November 29, 2022, and entered with
18
   the Court as both [ECF No. 69] and [ECF No. 70].
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24

25                                            2
26

**LEX TECNICA LTD**
10161 PARK RUN DRIVE, SUITE 150
LAS VEGAS, NV 89145
(702) 518-5535

1    This is the first request to extend this deadline.  The extension request is being made due

2   to other prior commitments.

3    IT IS SO STIPULATED.

4   DATED on this 6ᵗʰ day of December, 2022.     DATED on this 6ᵗʰ day of December, 2022.

5   **LEX TECNICA LTD**                          **DUREN IP, PC**

6   /s/ Adam Knecht                              /s/ Todd E. Zenger
    ADAM KNECHT, ESQ.                            Todd E. Zenger (*Pro Hac Vice*)
7   Nevada Bar No. 13166                         Utah Bar No. 5238
    10161 Park Run Drive                         -and-
8   Suite 150                                    Jeffrey J. Whitehead, NV Bar No. 3183
    Las Vegas, Nevada 89145                      Whitehead & Burnett
9   *Attorneys for Plaintiff*                    *Attorneys for Emanation Communications*
                                                 *Group LC*

10

11

12

13   IT IS SO ORDERED.

14   DATED: December 7, 2022

15

16

17   _____
     Anne R. Traum
18   United States District Judge

19

20

21

22

23

24

25                                3

26

*LEX TECNICA LTD*
*10161 PARK RUN DRIVE, SUITE 150*
*LAS VEGAS, NV 89145*
*(702) 518-5535*