**LEX TECNICA LTD**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
adam@lextecnica.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEX VEST LTD, a Nevada limited liability company; | Case No.: 2:22-cv-01226-ART-BNW |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| EMANATIONS COMMUNICATIONS GROUP LC, a Utah limited liability company; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive, | |
| Defendants. | |
| EMANATION COMMUNICATIONS GROUP LC, a Utah limited liability company | |
| Counterclaim Plaintiff, | |
| vs. | |
| LEX VEST LTD, a Nevada limited liability company, | |
| Counterclaim Defendant. | |
| EMANATION COMMUNICATIONS GROUP LC, a Utah limited liability company | |
| Third Party Plaintiff, | |
| vs. | |
| LEX TECNICA LTD, a Nevada limited liability company; SAM CASTOR, a manager of LEX TECNICA LTD; ADAM KNECHT, a manager of LEX TECNICA LTD, | |

1

4874-3926-5647.v2

1  NATHAN MORRIS, a manager of LEX TECNICA, LTD; and BRADEN JOHN
2  KARONY, an individual and Utah resident,
3  　　　　Third Party Defendants.

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

It is agreed and stipulated, by and between counsel of record for the respective Parties in the above captioned matter that this case may be dismissed without prejudice as to the undersigned parties, with each party to bear their own costs and attorneys' fees.

DATED this 12th day of July, 2023.

**LEX TECNICA LTD**

 /s/ Adam R. Knecht
Adam R. Knecht
Nevada Bar No. 13166
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
*Attorney for Plaintiff, Counterclaim Defendant, and Third Party Defendants*

**NAYLOR & BRASTER**

 /s/ Jennifer L. Braster
Jennifer L. Braster
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorney for Glenn R. Bronson, Receiver for Emanation Communications Group LC*

**PARSONS BEHLE & LATIMER**

 /s/ Ashley C. Nikkel
Michael R. Kealy
Nevada Bar No. 971
Ashley C. Nikkel
Nevada Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, NV 89501
*Attorneys for Braden John Karony*

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** _____

2

4874-3926-5647.v2