# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEX VEST LTD, a Nevada limited liability company;<br><br>        Plaintiff,<br><br>vs.<br><br>EMANATIONS COMMUNICATIONS GROUP LC, a Utah limited liability company; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-01226-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR** DISMISSAL **WITHOUT PREJUDICE** |

EMANATION COMMUNICATIONS GROUP LC, a Utah limited liability company

        Counterclaim Plaintiff,

vs.

LEX VEST LTD, a Nevada limited liability company,

        Counterclaim Defendant.

EMANATION COMMUNICATIONS GROUP LC, a Utah limited liability company

        Third Party Plaintiff,

vs.

LEX TECNICA LTD, a Nevada limited liability company; SAM CASTOR, a manager of LEX TECNICA LTD; ADAM KNECHT, a manager of LEX TECNICA LTD,

NATHAN MORRIS, a manager of LEX TECNICA, LTD; and BRADEN JOHN KARONY, an individual and Utah resident,

Third Party Defendants.

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

It is agreed and stipulated, by and between counsel of record for the respective Parties in the above captioned matter that this case may be dismissed without prejudice as to the undersigned parties, with each party to bear their own costs and attorneys' fees.

DATED this 12th day of July, 2023.

| LEX TECNICA LTD | NAYLOR & BRASTER |
|---|---|
| /s/ Adam R. Knecht | /s/ Jennifer L. Braster |
| Adam R. Knecht | Jennifer L. Braster |
| Nevada Bar No. 13166 | Nevada Bar No. 9982 |
| 10161 Park Run Dr., Ste. 150 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89145 | Las Vegas, NV 89145 |
| *Attorney for Plaintiff, Counterclaim Defendant, and Third Party Defendants* | *Attorney for Glenn R. Bronson, Receiver for Emanation Communications Group LC* |

**PARSONS BEHLE & LATIMER**

 /s/ Ashley C. Nikkel
Michael R. Kealy
Nevada Bar No. 971
Ashley C. Nikkel
Nevada Bar No. 12838
50 W. Liberty Street, Suite 750
Reno, NV 89501
*Attorneys for Braden John Karony*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: July 13, 2023.

4874-3926-5647.v2